IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENT D. YOUNG, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PFIZER INC., et al., | : | No. 06-1308 |
| Defendants. | : | |

## ORDER

AND NOW, this **18th** day of **April, 2016**, upon consideration of Defendants' Motion for Summary Judgment (Document No. 39) and Plaintiff's response thereto, and for the reasons contained in this Court's Memorandum of April 18, 2016, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. Judgment shall be entered in favor of Defendants and against Plaintiffs on all claims.

2. The Clerk of Court is directed to close the case.

BY THE COURT:

_____
Berle M. Schiller, J.